UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:12-bk-08338-ABB

In re:

STEPHEN & DIANA LARBIG,

   Debtor.
_____/

TRUSTEE'S CONSENT TO MOTION FOR RELIEF FROM
STAY BY SOVERIGN BANK

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting ***in rem relief*** from the automatic stay by Soverign Bank (Document No. 48), relating to property having a physical address of 626 Old Dunn Court, Lake Mary, FL 32746, as **the collateral is listed as surrendered in the Chapter 13 plan**.

Dated this 11th day of March, 2013.

                                                /s/ Laurie K. Weatherford____
                                              Laurie K. Weatherford, Trustee
                                              Fla. Bar No. 0604402
                                              Stuart Ferderer, Esq.
                                              Fla. Bar No. 0746967
                                              P.O. Box 3450
                                              Winter Park, FL 32790
                                              (407) 648-8841

:\BKRY\13\consent.pld